COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-07-132-CV

 

 

DONALD KILPATRICK, INDIVIDUALLY                                   APPELLANTS

AND
AS REPRESENTATIVE OF

THE
ESTATE OF DONALD LEE

KILPATRICK,
DECEASED, AND

KELLY
LEE KILPATRICK

 

                                                   V.

 

TIMOTHY
S. KILPATRICK, BERRY                                           APPELLEES

PLASTICS CORPORATION A/K/A 

BERRY STERLING CORPORATION

AND BPC HOLDING CORPORATION

 

                                              ------------

 

           FROM
THE 352ND DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








We have considered
the motion filed by appellees requesting that we dismiss this appeal for
appellants= failure to prosecute the appeal.  On December 17, 2007, we notified appellants
that their brief had not been filed and that their appeal may be dismissed for
want of prosecution unless appellants or any party desiring to continue this
appeal filed with the court on or before December 27, 2007, a response
reasonably explaining the failure to timely file a brief.  See Tex.
R. App. P. 38.8(a)(1).  Appellants
did not file a response.

Accordingly, it is
the court=s opinion that appellees= motion should be
granted; therefore, we dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b)-(c), 43.2(f).

 

PER CURIAM         

 

 

 

PANEL D:    WALKER,
J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: January 31, 2008

 











[1]See Tex. R. App. P. 47.4.